EW
F. #2006R00309

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ARISMENDI RODRIGUEZ and
JOSE URENA, also known as
  "Jimmy,"

                     Defendants.

- - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   MAR 29 2006   ★

P.M. _____
TIME A.M. _____

MOTION TO
DISMISS INDICTMENT

06 CR 128 (CBA)

       ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant U.S. Attorney Evan C. Williams, makes this application to the Court for an order pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned indictment.

Dated:    Brooklyn, New York
           March 28, 2006

                                    ROSLYNN R. MAUSKOPF
                                    United States Attorney
                                    Eastern District of New York

                       By:   <u>/S/ Evan C. Williams</u>
                           Evan C. Williams
                           Assistant U.S. Attorney
                           (631) 715-7849

encl. (draft order)

                                     APPLICATION GRANTED.
                                     SO ORDERED.
                                     Dated:  Brooklyn, New York
                                                 3/29/06

                                 /s/ Hon. Carol B. Amon
                                 United States District Judge